IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORDE WILLIAMS, | No. C 06-0656 SBA |
| Plaintiff, | **ORDER** |
| v. | |
| ASTRAZENECA PHARMACEUTICALS, LP, et al. | |
| Defendants. | |

On February 28, 2006, this Court received notice from the Judicial Panel on Multidistrict Litigation (the "Panel" or "MDL Panel") that a motion to transfer is pending before the Panel.

Accordingly,

IT IS HEREBY ORDERED THAT this action is STAYED in its entirety pending a ruling from the MDL Panel. All dates and deadlines established in this matter, including the Case Management Conference, are VACATED.

IT IS FURTHER ORDERED THAT Plaintiff shall promptly inform the Court in writing of the status of the case no later than ten (10) days after the Panel issues its ruling on the motion to transfer.

IT IS SO ORDERED.

Dated: 4/17/06

SAUNDRA BROWN ARMSTRONG
United States District Judge